# FINANCIAL DISCLOSURE REPORT
## FINAL FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Carlson, Thomas E. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, N.D. CA | 3. Date of Report<br><br>03/22/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☐ Annual  ☑ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>11/30/2016 |

**7. Chambers or Office Address**

Hon. Thomas E. Carlson
Phillip Burton Federal Building, 450 Golden Gate Avenue, 18th Floor
San Francisco, CA 94102

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Deloitte & Touche |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Bank Savings Account | A | Interest | M | T | | | | | |
| 2. Wells Fargo Bank IRA Stage Coach Equity Index Fund A | A | Dividend | J | T | | | | | |
| 3. Wells Fargo Bank IRA Stage Coach Equity Index Fund A | B | Dividend | L | T | | | | | |
| 4. Wells Fargo Bank - Savings Account | A | Interest | J | T | | | | | |
| 5. Wells Fargo Bank - Money Market Account | A | Interest | M | T | | | | | |
| 6. Wells Fargo Bank - Checking Account | A | Interest | J | T | | | | | |
| 7. Wells Fargo Bank - Asset Allocation Fund B | A | Dividend | J | T | | | | | |
| 8. Fidelity - Equity Growth Fund B | A | Dividend | J | T | | | | | |
| 9. Wells Fargo Bank - Large Company Growth Fund B | B | Dividend | K | T | | | | | |
| 10. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 01/08/16 | J | | Deloitte |
| 11. Vanguard Money Market Fund | | | | | | | | | |
| 12. Vanguard Insitutional Index Fund | | | | | | | | | |
| 13. Vanguard Target Retirement 2015 | | | | | | | | | |
| 14. Vanguard Wellesley Income Fund | | | | | | | | | |
| 15. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 01/22/16 | J | | Deloitte |
| 16. Vanguard Money Market Fund | | | | | | | | | |
| 17. Vanguard Insitutional Index Fund | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Target Retirement 2015 | | | | | | | | | |
| 19. Vanguard Wellesley Income Fund | | | | | | | | | |
| 20. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 02/05/16 | J | | Deloitte |
| 21. Vanguard Money Market Fund | | | | | | | | | |
| 22. Vanguard Insitutional Index Fund | | | | | | | | | |
| 23. Vanguard Target Retirement 2015 | | | | | | | | | |
| 24. Vanguard Wellesley Income Fund | | | | | | | | | |
| 25. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 02/19/16 | J | | Deloitte |
| 26. Vanguard Money Market Fund | | | | | | | | | |
| 27. Vanguard Insitutional Index Fund | | | | | | | | | |
| 28. Vanguard Target Retirement 2015 | | | | | | | | | |
| 29. Vanguard Wellesley Income Fund | | | | | | | | | |
| 30. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 03/04/16 | J | | Deloitte |
| 31. Vanguard Money Market Fund | | | | | | | | | |
| 32. Vanguard Insitutional Index Fund | | | | | | | | | |
| 33. Vanguard Target Retirement 2015 | | | | | | | | | |
| 34. Vanguard Wellesley Income Fund | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 3/18/16 | J | | Deloitte |
| 36. Vanguard Money Market Fund | | | | | | | | | |
| 37. Vanguard Insitutional Index Fund | | | | | | | | | |
| 38. Vanguard Target Retirement 2015 | | | | | | | | | |
| 39. Vanguard Wellesley Income Fund | | | | | | | | | |
| 40. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 04/01/16 | J | | Deloitte |
| 41. Vanguard Money Market Fund | | | | | | | | | |
| 42. Vanguard Insitutional Index Fund | | | | | | | | | |
| 43. Vanguard Target Retirement 2015 | | | | | | | | | |
| 44. Vanguard Wellesley Income Fund | | | | | | | | | |
| 45. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 04/15/16 | J | | Deloitte |
| 46. Vanguard Money Market Fund | | | | | | | | | |
| 47. Vanguard Insitutional Index Fund | | | | | | | | | |
| 48. Vanguard Target Retirement 2015 | | | | | | | | | |
| 49. Vanguard Wellesley Income Fund | | | | | | | | | |
| 50. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 04/29/16 | J | | Deloitte |
| 51. Vanguard Money Market Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Insitutional Index Fund | | | | | | | | | |
| 53. Vanguard Target Retirement 2015 | | | | | | | | | |
| 54. Vanguard Wellesley Income Fund | | | | | | | | | |
| 55. Deloitte & Touche - 401(k): mix of funds listed below | B | Dividend | O | T | Buy | 05/13/16 | J | | Deloitte |
| 56. Vanguard Money Market Fund | | | | | | | | | |
| 57. Vanguard Insitutional Index Fund | | | | | | | | | |
| 58. Vanguard Target Retirement 2015 | | | | | | | | | |
| 59. Vanguard Wellesley Income Fund | | | | | | | | | |
| 60. | | | | | | | | | |
| 61. | | | | | | | | | |
| 62. | | | | | | | | | |
| 63. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 05/27/16 | J | | Deloitte |
| 64. Vanguard Money Market Fund | | | | | | | | | |
| 65. Vanguard Insitutional Index Fund | | | | | | | | | |
| 66. Vanguard Target Retirement 2015 | | | | | | | | | |
| 67. Vanguard Wellesley Income Fund | | | | | | | | | |
| 68. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 06/10/16 | J | | Deloitte |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Vanguard Money Market Fund | | | | | | | | | |
| 70. Vanguard Insitutional Index Fund | | | | | | | | | |
| 71. Vanguard Target Retirement 2015 | | | | | | | | | |
| 72. Vanguard Wellesley Income Fund | | | | | | | | | |
| 73. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 06/24/16 | J | | Deloitte |
| 74. Vanguard Money Market Fund | | | | | | | | | |
| 75. Vanguard Insitutional Index Fund | | | | | | | | | |
| 76. Vanguard Target Retirement 2015 | | | | | | | | | |
| 77. Vanguard Wellesley Income Fund | | | | | | | | | |
| 78. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 07/08/16 | J | | Deloitte |
| 79. Vanguard Money Market Fund | | | | | | | | | |
| 80. Vanguard Insitutional Index Fund | | | | | | | | | |
| 81. Vanguard Target Retirement 2015 | | | | | | | | | |
| 82. Vanguard Wellesley Income Fund | | | | | | | | | |
| 83. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 07/22/16 | J | | Deloitte |
| 84. Vanguard Money Market Fund | | | | | | | | | |
| 85. Vanguard Insitutional Index Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Vanguard Target Retirement 2015 | | | | | | | | | |
| 87. Vanguard Wellesley Income Fund | | | | | | | | | |
| 88. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 08/05/16 | J | | Deloitte |
| 89. Vanguard Money Market Fund | | | | | | | | | |
| 90. Vanguard Insitutional Index Fund | | | | | | | | | |
| 91. Vanguard Target Retirement 2015 | | | | | | | | | |
| 92. Vanguard Wellesley Income Fund | | | | | | | | | |
| 93. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 08/19/16 | J | | Deloitte |
| 94. Vanguard Money Market Fund | | | | | | | | | |
| 95. Vanguard Insitutional Index Fund | | | | | | | | | |
| 96. Vanguard Target Retirement 2015 | | | | | | | | | |
| 97. Vanguard Wellesley Income Fund | | | | | | | | | |
| 98. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 09/02/16 | J | | Deloitte |
| 99. Vanguard Money Market Fund | | | | | | | | | |
| 100. Vanguard Insitutional Index Fund | | | | | | | | | |
| 101. Vanguard Target Retirement 2015 | | | | | | | | | |
| 102. Vanguard Wellesley Income Fund | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 09/16/16 | J | | Deloitte |
| 104. Vanguard Money Market Fund | | | | | | | | | |
| 105. Vanguard Insitutional Index Fund | | | | | | | | | |
| 106. Vanguard Target Retirement 2015 | | | | | | | | | |
| 107. Vanguard Wellesley Income Fund | | | | | | | | | |
| 108. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 09/30/16 | J | | Deloitte |
| 109. Vanguard Money Market Fund | | | | | | | | | |
| 110. Vanguard Insitutional Index Fund | | | | | | | | | |
| 111. Vanguard Target Retirement 2015 | | | | | | | | | |
| 112. Vanguard Wellesley Income Fund | | | | | | | | | |
| 113. Deloitte & Touche - Profit Sharing- mix of funds below | B | Distribution | O | T | Buy | 10/14/16 | J | | Deloitte |
| 114. Vanguard Money Market Fund | | | | | | | | | |
| 115. Vanguard Insitutional Index Fund | | | | | | | | | |
| 116. Vanguard Target Retirement 2015 | | | | | | | | | |
| 117. Vanguard Wellesley Income Fund | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carlson, Thomas E. | 03/22/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Thomas E. Carlson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544